IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RODRIQUEZ CHARLESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-044 |
| | ) |
| LAURENS COUNTY JAIL; CAPTAIN PEACOCK; and NURSE CRYSTAL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 5, 2022, the Court issued a Report and Recommendation recommending this case be dismissed without prejudice for Plaintiff's failure to submit an amended complaint as required by the Court's September 13, 2022 Order. (Doc. no. 15.) On October 11, 2020, the Court received Plaintiff's amended complaint, signed on September 23, 2022. (Doc. no. 17). Because Plaintiff has submitted an amended complaint, the Court **VACATES** the October 5th Report and Recommendation. (Doc. no. 15.) The Court will screen Plaintiff's amended complaint in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) in a simultaneously entered second Report and Recommendation.

SO ORDERED this 13th day of October, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA