IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

RODRIQUEZ CHARLESTON,                  )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )        CV 322-044
                                       )
LAURENS COUNTY JAIL; CAPTAIN           )
PEACOCK; and NURSE CRYSTAL,            )
                                       )
        Defendants.                    )

_____

**ORDER**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of November, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE