AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODRIQUEZ CHARLESTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 322-044

LAURENS COUNTY JAIL; CAPTAIN PEACOCK; and NURSE CRYSTAL,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 10, 2022, the Report and Recommendation of the Magistrate Judge is adopted as its opinion. Therefore, this case is dismissed without prejudice, and this civil action stands closed.



| November 10, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020